February 6, 1981.

433 A.2d 97

Commonwealth v. Anderson, Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

472

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.